IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:21CR510 |
| Plaintiff, | ) | HON. JUDGE ZOUHARY |
| v. | ) | |
| | ) | |
| GREGORY C. FISHER, | ) | **JOINT TRIAL STATEMENT** |
| Defendant. | ) | |
| | ) | |
| | ) | |

NOW COME the parties, through undersigned counsel, who respectfully submit the following Statement of the Case.

This is a criminal case, and the Defendant is presumed innocent.

Pursuant to the indictment, Defendant is charged with Wire Fraud (Count 1), Bank Fraud (Count 2) and Money Laundering (Count 3) in connection with the Defendant's alleged theft of funds held in his parents' trust accounts and bank accounts.

Defendant has pleaded not guilty to the crimes charged.

More specifically, Count 1 of the indictment alleges the defendant, while acting as trustee of his parents' trusts, committed wire fraud by embezzling from his parents trust accounts and bank accounts by: (a) using his access to his father's trust to transfer money to his personal bank account; and (b) using his access to his mother's trust account to transfer funds to her bank account and write numerous checks from that account to himself or for his own personal benefit.

Count 2 of the indictment alleges the defendant committed bank fraud by presenting withdrawal slips purporting to have been signed by his deceased father and receiving funds from his parents' bank account.

Count 3 of the Indictment alleges the defendant committed money laundering by concealing the proceeds of unlawful activity by moving the proceeds of his wire fraud and bank

fraud activity by using checks and wire transfers for the purchase, operation, and maintenance of a boat.

|  | Respectfully submitted,<br>MICHELLE M. BAEPPLER<br>Acting United States Attorney |
|---|---|
| /s/ James A. Sulewski | |
| James A. Sulewski (0039131) | /s/ Jody King |
| Jeffrey Zilba (0038676) | Jody King (0094125) |
| 6135 Trust Drive, Suite 115 | Gene Crawford (0076280) |
| Holland, OH 43528 | Assistant United States Attorneys |
| Office (419) 243-6281 | Four Seagate, Suite 308 |
| JSulewski@shindlerneff.com | Toledo, Ohio 43604 |
| jeff@zilbalaw.com | Tel.: (419) 259-6376 |
| Attorneys for Defendant Gregory C. Fisher | Jody.King@usdoj.gov |
|  | Gene.Crawford@usdoj.gov |
|  | Attorneys for the Government |